**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION**

| | |
|---|---|
| CHRISTOPHER J. MCKINNEY ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| ROBERT K. SINCLAIR ) | |
|     Defendant. ) | |

**COMPLAINT FOR BODILY INJURY
AND DEMAND FOR JURY TRIAL**

Come now the Plaintiff, Christopher J. McKinney, by counsel, Robert W. Rock of Gerling Law Offices, P.C., for his cause of action against the Defendant, Robert K. Sinclair, and states as follows:

**Overview of Case and Controversy**

1. This cause of action is a claim of common law negligence that arises from Plaintiff's injuries that occurred as a result of an automobile accident that occurred on or about September 2, 2017, in Gibson County, Indiana.

**Jurisdiction and Venue**

2. Jurisdiction is appropriate in this Court, pursuant to Title 28 U.S.C.A. § 1332 (West), because the matter in controversy exceeds the sum of $75,000.00 and is between citizens of different States.

3. Venue is proper in this Court, pursuant to 28 U.S.C.A. § 1391 (West), because a substantial part of the events or omissions giving rise to the claim occurred in the Southern District of Indiana.

## Parties

4. Plaintiff is a resident of Perry County, Indiana.

5. Defendant, Robert K. Sinclair, is a resident of the State of Illinois and was the driver of the vehicle involved in the accident with the Plaintiff, Christopher J. McKinney.

## General Allegations

8. On or about September 2, 2017, the Plaintiff, Christopher J. McKinney was a passenger in the vehicle of his employer, MPW Industrial Services, when the Defendant failed to yield the right-of-way and negligently rear ended the vehicle that the Plaintiff was a passenger in. The Plaintiff's vehicle was exiting from Interstate I-64 onto US 41 and at the same time the Defendant was following the Plaintiff's vehicle and rear ended it.

10. As a direct and proximate result of Defendant's negligence, the Plaintiff, Christopher J. McKinney, sustained physical injuries, has incurred and will incur medical expenses for reasonable and necessary treatment for his injuries, has incurred and will incur pain and suffering by reason of his injuries, and has incurred and will incur other damages, including future medical expenses and property damage to the Plaintiff's vehicle.

WHEREFORE, the Plaintiff, Christopher J. McKinney, respectfully prays for judgement against the Defendant, in an amount sufficient to compensate the Plaintiff for his injuries and damages, for costs of this action, and for all other just and proper relief in the premises.

PLAINTIFF RESPECTFULLY REQUESTS TRIAL BY JURY ON ALL ISSUES.

GERLING LAW OFFICES
PROFESSIONAL CORPORATION


By <u>/s/ Robert W. Rock</u>
    Robert W. Rock # 14060-48
    519 Main Street
    P.O. Box 3203
    Evansville, IN  47731
    ATTORNEY FOR PLAINTIFF